UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00033

**Joseph Burpee,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

### ORDER

Plaintiff Joseph Burpee, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report (Doc. 9) recommending that plaintiff's complaint be dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). To date, plaintiff has not filed any objections and the timeframe for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 9. For the reasons stated in the report, plaintiff's complaint is dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $402 within thirty days after the entry of the final judgment. Any pending motions are denied as moot.

*So ordered by the court on May 15, 2025.*

J. CAMPBELL BARKER
United States District Judge